AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cr-406 |
| TRAYON WHITE, SR | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United State of America.

Date: 06/03/2025

/s/Joshua Gold
*Attorney's signature*

Joshua Gold (TX Bar No. 24103101)
*Printed name and bar number*

601 D Street N.W.
Washington, DC
20530
*Address*

joshua.gold@usdoj.gov
*E-mail address*

(202) 252-7651
*Telephone number*

*FAX number*