AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>TRAYON WHITE<br>*Defendant* | ) ) ) ) ) | Case No.   1:24cr00406RC |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trayon White

Date:    10/22/2025

/s/ Warren Kohlman
*Attorney's signature*

Warren Kohlman DC Bar # 177527
*Printed name and bar number*

1845 R Street, NW
Washington, DC 20009
*Address*

gwkohlman@gmai.com
*E-mail address*

(202) 497-4468
*Telephone number*

*FAX number*