AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  24-CR-406 |
| Trayon White | ) | |
| *Defendants* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                           .

Date:    10/29/2025

/s/*Joshua Rothstein*
*Attorney's signature*

Joshua Rothstein (NY Bar No. 4453759)
*Printed name and bar number*

601 D Street N.W.
Washington, DC 20530
*Address*

joshua.rothstein@usdoj.gov
*E-mail address*

(202) 252-7164
*Telephone number*

*FAX number*