UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TRAYON WHITE, SR.**<br><br>**Defendant.** | Case No. 24-CR-406 (RC) |

## JOINT MOTION TO VACATE AND SET SCHEDULE

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia, hereby respectfully moves this Court to vacate the status conference set for November 19, 2025, and to set a pretrial schedule.

On October 22, 2025, the Court granted the defendant's oral motion to continue the Jury Selection and Trial then-scheduled for January 12, 2026. The trial was continued to March 23, 2026, and the prior pretrial conference scheduled for November 19, 2025, was converted to a status conference.

The government has been working with new counsel for the defendant to confirm he has all the discovery in this case. Additionally, the parties conferred on a schedule and propose the following dates:

- The defendant shall file any motions and make any supplemental responses to the government's motions by **January 14, 2026;**

- The government shall file any opposition to defendant's motions or any rebuttal to defendants oppositions to government's motions by **January 30, 2026;**

- The defendant shall file any rebuttals to government's opposition to defendant's motions by **February 13, 2026;**

- The parties shall file a joint pretrial statement by **February 20, 2026;**

- The parties shall appear for a hearing on any pretrial motions on **February 25, 2026;** and

- The parties shall appear for a pretrial conference on **March 4, 2026**.

Beyond the schedule, the parties do not have any issues to immediately raise with the Court. Presuming the Court finds the proposed dates amenable and out of respect for the Court's time, the parties ask the Court to vacate the hearing presently set for November 19, 2025, and to enter an order with the proposed schedule. The defense has consented to the government filing this pleading jointly.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY

        */s/ Joshua Gold*
        Joshua Gold
        Tx Bar No. 24103101
        Rebecca G. Ross
        N.Y. Bar No. 5590666
        Assistant United States Attorneys
        601 D Street, N.W.
        Washington, D.C. 20539
        (202)815-8965
        Joshua.Gold@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRAYON WHITE, SR.<br><br>Defendant. | Case No. 24-CR-406 (RC) |

### [PROPOSED] ORDER

Now before the Court is the government's Joint Motion to Vacate the status hearing currently set for November 19, 2025. Upon consideration, the motion is hereby GRANTED. The status hearing set for November 3, 2025, is VACATED. Furthermore, it is hereby ORDERED that the following schedule shall govern proceedings in this case:

- The defendant shall file any motions and make any supplemental responses to the government's motions by **January 14, 2026;**

- The government shall file any opposition to defendant's motions or any rebuttal to defendants oppositions to government's motions by **January 30, 2026;**

- The defendant shall file any rebuttals to government's opposition to defendant's motions by **February 13, 2026;**

- The parties shall file a joint pretrial statement by **February 20, 2026;**

- The parties shall appear for a hearing on any pretrial motions on **February 25, 2026;** and

- The parties shall appear for a pretrial conference on **March 4, 2026**.

Date: _____

THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE