IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> TRAYON WHITE, SR. <br><br> *Defendant.* | Case No. 1:24-cr-406-RC |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY ASSISTANT U.S. ATTORNEY**

The United States of America, through the undersigned counsel, respectfully submits this Notice of Withdrawal of Appearance by Assistant U.S. Attorney in the above-captioned case.

I, Joshua Gold, notified the United States Attorney's Office for the District of Columbia that I will be leaving the employment of the Department of Justice. Thus, I am no longer able to serve as counsel for the United States of America in the above-captioned case and request to be terminated from the docket.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Joshua Gold*
Joshua Gold (TX Bar No. 24103101)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7651
joshua.gold@usdoj.gov

1