# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No: 1:24-cr-00406-RC |
| ) | |
| Plaintiff,   ) | JUDGE RUDOLPH CONTRERAS |
| ) | |
| vs.   ) | Pretrial Conference 08/21/2026 |
| ) | |
| TRAYON WHITE, SR.,   ) | |
| ) | |
| Defendant.   ) | |

**UNOPOSED MOTION TO EXTEND DEADLINE FOR FILING NEW MOTIONS BY ONE WEEK**

Defendant Trayon White, Sr., through undersigned counsel, W. Gary Kohman, respectfully moves this Court to extend by one week the deadline for the defendant to file new motions that would be based on a recent discovery production made by the Government. The Government does not oppose this request. In support of this motion counsel submits the following:

1. On February 25, 2026, this Court heard argument on motions filed by the Government and Defense. During that argument, the Defense asked for permission to file additional motions based on the recent discovery produced by the Government on January 21 and 22, 2026. The Court granted that oral motion. A deadline of Friday, March 13, 2026, was set by the Court.

2. Two members of the Defense team are in California this week attending a previously scheduled professional obligation. Those members are crucial in completing the review of the recent production to determine whether any further motions are appropriate

as well as the drafting of any motions. Accordingly, we are requesting that the deadline be extended by one week to Friday, March 20, 2026.

   3. The Government does not oppose this request.

## **CONCLUSION**

WHEREFORE, the defendant respectfully requests that the deadline for new motions be reset for Friday, March 20, 2026.

Dated: March 10, 2026          Respectfully submitted,

                                /s/ Warren Gary Kohlman
                                DC Bar No.177527
                                1845 R Street Northwest
                                Washington, DC 20009
                                202-497-4468
                                Email: gwkohlman@gmail.com
                                Counsel For Defendant Trayon White, Sr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of March 2026, this Unopposed Motion to Extend the Deadline for Filing New Motions by One Week was served via electronic mail on chambers, counsel of record and unrepresented defendants, by ECF/CM filing.

                                Respectfully submitted,

                                /s/ Warren Gary Kohlman
                                Counsel For Defendant Trayon White, Sr.