**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 24–CR-406** |
| **v.** | : | |
| | : | |
| **TRAYON WHITE, SR.,** | : | |
| | : | |
| **Defendant.** | : | |

# JOINT PRETRIAL STATEMENT

In accordance with this Court's January 14, 2025, pretrial order, the parties hereby provide notice of their Pretrial Statement. The information is provided as follows:

- Exhibit A1: Government's Proposed Statement of the Case
- Exhibit A2: Defendant's Objections and Proposed Statement of the Case
- Exhibit A3: Government's Objections to Defendant's Proposed Statement of the Case
- Exhibit B1: Government's Anticipated Witnesses
- Exhibit B2: Defendant's Anticipated Witnesses
- Exhibit C1: Government's Proposed Voir Dire
- Exhibit C2: Defendant's Objections and Proposed Voir Dire
- Exhibit C3: Government's Objections to Defendant's Proposed Voir Dire
- Exhibit D1: Government's Proposed Jury Instructions
- Exhibit D2: Defendant's Objections and Proposed Jury Instructions
- Exhibit D3: Government's Objections to Defendant's Proposed Jury Instructions
- Exhibit E1: Government's Exhibit List
- Exhibit E2: Defendant's Exhibit List

- Exhibit E3: Government's Objections to Defendant's Exhibit List
- Exhibit E4: Defendant's Objections to Government's Exhibit List
- Exhibit F1: Government's Proposed Verdict Form
- Exhibit F2: Defendant's Objections and Proposed Verdict Form
- Exhibit F3: Government's Objections to Defendant's Proposed Verdict Form

Additionally, in accordance with this Court's January 14, 2025, pretrial order, the parties hereby provide the following additional information:

1) The Government and the Defense anticipate the trial will last approximately seven trial days. The Government anticipates its case will last approximately five days. Defendant anticipates his case will last approximately one-to-two trial days.
2) Neither party intends to call an expert witness at this time.
3) The Government has two outstanding motions, including ECF No. 67 (Government's Supplemental Notice of Other Acts Evidence) and a Motion *in Limine* filed under seal on July 27, 2026.[1]
4) The Government does not intend to introduce any prior convictions.
5) There are no stipulations at this time.
6) There are no matters for which the parties are seeking the Court to take judicial notice.
7) The Defense will be filing by the end of this week a response to the motion in limine filed by the Government on July 27, 2026.

[1] In addition to the objections noted in this pretrial statement, the Government will be providing a more detailed opposition to the Defendant's proposed exhibits and reply to the Defendant's objections to the Government's exhibits. The Defendant reserves the right to file additional briefing.

8) The Defense would like to approach the bench ex-parte during the pretrial conference to discuss its position on a matter concerning Sealed Exhibit 4. The Defense will explain why it is not appropriate to discuss this openly in advance of trial.

Respectfully submitted,

JEANINE FRANCIS PERRO
UNITED STATES ATTORNEY

By: *__/s/________________*
Rebecca G. Ross
N.Y. Bar No. 5590666
John Crabb Jr.
N.Y. Bar No. 2367670
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20539
(202) 815-8965
Rebecca.Ross2@usdoj.gov
John.Crabb@us.doj.gov

*Counsel for the Government*

*/s/ Warren Gary Kohlman*
Warren Gary Kohlman* (DC #177527)
1845 R Street Northwest
Washington, DC 20009
202-497-4468
Email: gwkohlman@gmail.com
* *Pro hac vice*

*Counsel For Defendant Trayon White, Sr.*