**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 24–CR-406** |
| **v.** | : | |
| | : | |
| **TRAYON WHITE, SR.,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF AMENDED EXHIBIT LIST**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice of its amended exhibit list, attached as Exhibit A. The Government has updated its exhibit list to include Government Exhibits 62, 63, and 64. Government Exhibits 62, 63, and 64 consist of documents previously produced in discovery.[1]

Respectfully submitted,

JEANINE FRANCIS PERRO
UNITED STATES ATTORNEY

By: __/s/________________

Rebecca G. Ross
N.Y. Bar No. 5590666
John Crabb Jr.
N.Y. Bar No. 2367670
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20539
(202) 815-8965
Rebecca.Ross2@usdoj.gov
John.Crabb@us.doj.gov

[1] At the time of this filing, the Government had not been able to obtain the Defendant's position on Government Exhibits 62, 63, and 64.