89°

1

LIVE



ADVERTISEMENT

College Football on ESPN

Don't miss this content from our sponsor

Ad by ESPN

Sign Up

# DC Councilmember Trayon White calls for 'fair shake' ahead of bribery trial

by Rebecca Turco

Thu, September 3, 2026 at 1:25 PM

89° LIVE 1

3

VIEW ALL PHOTOS

*Trayon White leaving a government office in Washington, D.C. (File/7News)*

0

Comment Share

What is Trayon White's argument about the Sixth Amendment in his trial?

How does John Fishwick analyze the impact of White's Instagram posts on the trial?

Why is Trayon White concerned about the jury's composition in his trial?

DeeperDive

Ask WJLA anything

**TOPICS:** TRAYON WHITE BRIBERY TRIAL FAIR TRIAL JURY SELECTION INSTAGRAM SIXTH AMENDMENT D.C. COUN

WASHINGTON (7News) — D.C. Councilmember Trayon White is using social media to call for a fair trial ahead of his federal bribery trial later this month.

“I want to fight for my freedom and the opportunity to have a fair trial right here in Washington, D.C.,” White said in a video Wednesday posted to his Instagram account.

White is accused of accepting kickbacks and tens of thousands of dollars to steer city contracts.



ADVERTISEMENT





Case 1:24-cr-00406-RC Document 102-3 Filed 09/03/26 Page 2 of 4

89°
1
LIVE

In the video post, White cited an expert analysis that said most African Americans who received jury summonses in D.C. did not respond.

**RELATED | Trayon White censured, fined by DC ethics board for not submitting financial disclosures**

“I'm in good spirits, I feel good, I trust my legal team, but I can't do this without getting the opportunity to have a jury of my peers,” he said in the video.

“In America, we have to ensure, even based on my Sixth Amendment right to a jury of my peers, that have a fair trial and a fair shake at fighting for my freedom," he said in the video. "That's all I ask for. A fair shake.”

White also told residents to make sure they get any jury letters sent to them in a video post from Aug. 19.

“During a trial, you can't communicate with jurors separate from what's going on in the courtroom, and you really shouldn't communicate with them beforehand,” John Fishwick, a defense attorney and former U.S. Attorney for the Western District of Virginia, told 7News. “But I don't think what he has done on these Instagram posts would be viewed by a prosecutor as interfering with jurors who are going to serve on a jury.”

“One of the challenges is when they pick this jury, I would expect the prosecution team is going to ask: ‘Did anyone see these Instagram posts and are they influencing what you think about the case?’” Fishwick explained. “And so that could have the reverse effect. There could be a juror that he would want to have on the jury, but they could not be permitted to serve on the jury because of what they thought about the Instagram post.”


Case 1:24-cr-00406-RC Document 102-3 Filed 09/03/26 Page 3 of 4

7News has reached out to White's legal team for comment.

89° LIVE 1

BE THE FIRST TO COMMENT

White was arrested in August 2024. His jury trial is set to begin Sept. 14.

**SPONSORED CONTENT** by Taboola

**Live Sports on ESPN**
ESPN | SPONSORED Sign up

**8+ Leagues. 1 ESPN App.**
ESPN | SPONSORED Sign up

**Spinal Stenosis Is Not From Tight Muscles. Meet The Real Enemy of Stenosis (Stop Doing This)**
RejuvaCare | SPONSORED

**MORE TO EXPLORE**

**Police chief fired over alleged racist texts after officer killed 1-year-old at Walmart**

**Why you should avoid getting cash from a credit card at the ATM**

**Former elementary school teacher pleads guilty to sexually abusing 16-year-old student**



Case 1:24-cr-00406-RC Document 102-3 Filed 09/03/26 Page 4 of 4