**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 24–CR-406** |
| **v.** | : | |
| | : | |
| **TRAYON WHITE, SR.,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO GOVERNMENT'S EMERGENCY MOTION TO ADMONISH DEFENDANT TO NOT TAMPER WITH THE JURY POOL**

The Government replies to the Defendant's Response to its Emergency Motion to Admonish Defendant to Not Tamper with the Jury Pool, ECF # 102, to note one thing. In the Defendant's Response, the Defendant claims that "he has no need, and does not intend, to make further comments on this topic[.]" ECF # 102 at 4. However, the offending video remains on the Defendant's social media page and accessible to the public. In other words, the Defendant continues to comment as of the time of this filing. As such, the Government respectfully requests this Court to Order the Defendant to remove the offending video and order the Defendant to refrain from any further comments.

Respectfully submitted,

JEANINE FRANCIS PERRO
UNITED STATES ATTORNEY

By: __/s/________________
Rebecca G. Ross
N.Y. Bar No. 5590666
John Crabb Jr.
N.Y. Bar No. 2367670