| | |
|---|---|
| Government | ✓ |
| Plaintiff | |
| Defendant | |
| Joint | |
| **Court** | |

United States of America

**VS.**

Trayon White

**Civil/Criminal No.** 24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Council of the District of Columbia - Code of Official Conduct | | | | |
| 2 | White's 2023 Financial Disclosure | | | | |
| 2A | White's 2022 Financial Disclosure | | | | |
| 2B | White's 2021 Financial Disclosure | | | | |
| 2C | White's 2020 Financial Disclosure | | | | |
| 2D | White's 2019 Financial Disclosure | | | | |
| 2E | White's 2018 Financial Disclosure | | | | |
| 2F | White's 2017 Financial Disclosure | | | | |
| 3 | Life Deeds PSH HCA | | | | |
| 4 | HCA Permanent Supportive Housing -Life Deeds Inc. | | | | |

2

Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

United States of America

VS.

Trayon White

Civil/Criminal No. 24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5 | Life Deeds HCA Claim 8.14.2019 | | | | |
| 6 | Notice of Termination for Default | | | | |
| 7 | Life Deeds Appeal of Denial of Demand 2.28.2020 | | | | |
| 8 | Contracting Board Motion for Summary Judgment 3.25.2020 | | | | |
| 9 | Dismissal Order | | | | |
| 10 | Three FY 2024 Grants Between ONSE and PLC for VI Initiative | | | | |
| 11 | FY24 LIFE Deeds Wards 1 and 4 Contracts with PLC | | | | |
| 12 | FY24 DSM Ward 5 Contracts with PLC - | | | | |
| 13 | FY24 LIFE Deeds Floating VI Contracts with PLC | | | | |
| 14 | Video of Meeting Payment 6-26-24 | | | | |

| | | | |
|---|---|---|---|
| Government | ✓ | United States of America | Civil/Criminal No. 24-cr-406 (RC) |
| Plaintiff | | VS. | |
| Defendant | | Trayon White | |
| Joint | | | |
| **Court** | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 14A | Transcript of Meeting Payment 6-26-24 | | | | |
| 15 | Video of Meeting Payment 7-17-24 | | | | |
| 15A | Transcript of Meeting Payment 7-17-24 | | | | |
| 16 | Video of Meeting Payment 7-25-24 | | | | |
| 16A | Transcript of Meeting Payment 7-25-24 | | | | |
| 17 | Video of Meeting Payment 8-9-24 | | | | |
| 17A | Transcript of Meeting Payment 8-9-24 | | | | |
| 18 | Video of Meeting/Arrest 8-18-24 | | | | |
| 18A | Transcript of Meeting/Arrest 8-18-24 | | | | |
| 19 | Intentionally left Blank | | | | |
| 20 | Bribery Agreement | | | | |
| 21 | Screenshot of Trayon White Website | | | | |

4

Government ✓
Plaintiff
Defendant
Joint
Court

United States of America

VS.

Trayon White

Civil/Criminal No. 24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 22 | Credible Messenger Program | | | | |
| 23 | About DYRS | | | | |
| 24 | Office of Neighborhood Safety and Engagement (ONSE) | | | | |
| 25 | Request for meeting CM White 7-11-24 | | | | |
| 26 | CM White Meeting 7-18-24 | | | | |
| 27 | Call Log | | | | |
| 28 | iMessages between White and Kamara 06/19/2024-07/24/2024 | | | | |
| 29 | Whatsapp messages between White and Kamara 05/02/2024-08/18/2024 | | | | |
| 30 | DYRS Offer to Life Deeds Inc.10/01/2023-09/30/2024 | | | | |
| 31 | 08/09/2024 Kamara Plea Agreement | | | | |

5

| | | |
|---|---|---|
| Government | ✓ | United States of America |
| Plaintiff | | VS. |
| Defendant | | Trayon White |
| Joint | | |
| Court | | |

Civil/Criminal No. 24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 32 | Intentionally Left Blank | | | | |
| 33 | Text messages b/w Sneed (ONSE) & White 7/11/2024 – 8/04/2024 | | | | |
| 34 | Text messages b/w Sneed (ONSE) & Yukia 7/11/2024 – 7/15/2024 | | | | |
| 35 | Summary Chart Exhibit Kamara Contracts | | | | |
| 36 | July 14, 2024 Telephone Call between White and Kamara | | | | |
| 36A | Transcript for 07-14-24 Call | | | | |
| 37 | July 16, 2024 Telephone Call between White and Kamara | | | | |
| 37A | Transcript for 07-16-24 Call | | | | |
| 38 | July 23, 2024 Telephone Call between White and Kamara | | | | |
| 38A | Transcript for 07-23-24 Call | | | | |
| 39 | White MGM Playing Card Records | | | | |
| 40 | White Casino Profile | | | | |
| 41 | White July 10 Comp | | | | |

6

Government ✓
Plaintiff
Defendant
Joint
Court

United States of America

VS.

Trayon White

Civil/Criminal No. 24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 42 | White July 31 Vegas Comp | | | | |
| 43 | White July Casino Transactions | | | | |
| 44 | Kamara and White WhatsApp Messages | | | | |
| 45 | Truist - 8474 - Trayon White | | | | |
| 46 | Jan 8, 2019, AA Receipt | | | | |
| 47 | June 29, 2021, AA Receipt | | | | |
| 48 | Photo Kamara and White | | | | |
| 49 | Photo Trip to Dominican Republic | | | | |
| 50 | 2019 Annual Retreat Agenda | | | | |
| 51 | 2020 Annual Retreat Agenda | | | | |

| | | |
|---|---|---|
| Government | ✓ | |
| Plaintiff | | |
| Defendant | | |
| Joint | | |
| Court | | |

United States of America

VS.

Trayon White

**Civil/Criminal No.** 24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 52 | 2021 Ethics Training Attendance | | | | |
| 53 | 2022 Annual Retreat Agenda | | | | |
| 54 | Roll Call Vote | | | | |
| 55 | May 2023 Attendance | | | | |
| 56 | 2024 Notice of Administrative Meeting and Agenda | | | | |
| 57 | Photo of funds for June 26, 2024, Bribe Payment | | | | |
| 58 | Photo of funds for July 17, 2024, Bribe Payment | | | | |
| 59 | Photo of funds for July 25, 2024, Bribe Payment | | | | |
| 60 | Photo of funds for the August 9, 2024, Bribe Payment | | | | |
| 61 | Video of 2021 Trayon White Swearing-In Ceremony | | | | |

8

Government ✓
Plaintiff
Defendant
Joint
**Court**

United States of America

**VS.**

Trayon White

**Civil/Criminal No.** 24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 62 | Email Trayon White and Anwar Walker | | | | |
| 63 | Text messages b/w Walker & White 7/15/2024 – 7/17/2024 | | | | |
| 64 | Jan 8 2019 AA TW Receipt | | | | |
| 65 | Signed Stipulation | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |