**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TRAYON WHITE, SR.**<br><br>**Defendant.** | **Case No. 24-CR-406 (RC)** |

## AMENDED DEFENSE ANTICIPATED WITNESS LIST

Witnesses the defense currently intends to call at trial are as follows:

1. Charles Moreland. Character witness for the pertinent trait of honesty.
2. Wanda Lockridge. Character witness for the pertinent trait of honesty.
3. RuQuan Brown. Character witness for the pertinent trait of honesty.
4. Wanda Glenn. Character witness for the pertinent trait of honesty.
5. The Reverend Donald Isaac. Character witness for the pertinent trait of honesty.
6. Maddie Grignon. Defense case agent/summary witness.
7. Michael Biscardi, Special Agent, Federal Bureau of Investigation
8. Russell Adams, Special Agent, D.C. Office of Inspector General

Respectfully submitted,

*/s/ Warren Gary Kohlman*
Warren Gary Kohlman (DC #177527)
1845 R Street Northwest
Washington, DC 20009
202-497-4468
Email: gwkohlman@gmail.com

*Counsel For Defendant Trayon White, Sr.*

*/s/ Bruce H. Searby*
Bruce H. Searby (DC # 1012382)
Nicole C. Ledesma (DC # 90020184)
SEARBY PLLC
2000 P Street NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Email: bsearby@searby.law

*Counsel For Defendant Trayon White, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September 2026, true and genuine copies of **AMENDED DEFENSE ANTICIPATED WITNESS LIST** were served on all counsel of record for the Government by ECF.

*/s/ Nicole Ledesma*
Nicole Ledesma