**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TRAYON WHITE, SR.**<br><br>**Defendant.** | **Case No. 24-CR-406 (RC)** |

## GOVERNMENT'S MOTION IN LIMINE

The defendant has indicated that he intends to call character witnesses for the pertinent trait of honesty.

Federal Rule of Evidence 405 states: "In all cases in which evidence of character or a trait of character of a person is admissible, proof may be made by testimony *as to reputation or by testimony in the form of an opinion*." Fed.R.Evid. 405(a) (emphasis added). Importantly, the defendant's character witness's testimony must be limited to the defendant's reputation in the community. *See Michelson v. United States*, 335 U.S. 469, 477 (1948) ("When the defendant elects to initiate a character inquiry, ... [t]he witness is [ ] allowed to summarize what he has heard in the community."); *see also United States v. Zhong*, 26 F.4th 536, 554 (2d Cir. 2022); *United States v. Lewis*, 482 F.2d 632, 641 (D.C. Cir. 1973) (explaining that testimony about defendant's "character trait for peace and good order ... would have been limited to a showing of his community reputation therefor at that time."). Character witnesses "may not testify about specific facts known but only general repute as an exception to the hearsay rule." *Shimon v. United States*, 352 F.2d 449, 453 (D.C. 1965); *cf.* Fed.R.Evid. 405(b) (permitting evidence of specific instances of conduct only "when a person's character trait is an essential element of a charge, claim or defense. . . ").

On cross-examination, the government may properly inquire about specific instances of the defendant's dishonesty. *See* Fed.R.Evid. 405(a) ("On cross-examination of the character witness, the court may allow an inquiry into relevant specific instances of the person's conduct.").

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

John Crabb Jr.
John Crabb Jr.
N.Y. Bar No. 2367670
Rebecca G. Ross
N.Y. Bar No. 5590666
601 D Street, N.W.
Washington, D.C. 20530
john.d.crabb@usdoj.gov
(202) 252-1794