**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:24-cr-00406-RC |
| | ) | |
| Plaintiff, | ) | JUDGE RUDOLPH CONTRERAS |
| | ) | |
| vs. | ) | |
| | ) | |
| TRAYON WHITE, SR., | ) | |
| | ) | |
| Defendant. | ) | |

TRAYON WHITE'S WITHDRAWAL OF REQUEST FOR JURY INSTRUCTION ABOUT AN ENTRAPMENT DEFENSE

Defendant Trayon White, Sr., through undersigned counsel, hereby withdraws his request for a jury instruction about a defense of entrapment at trial.

Dated: September 21, 2026

Respectfully submitted,

*/s/ Warren Gary Kohlman*
Warren Gary Kohlman (DC #177527)
1845 R Street Northwest
Washington, DC 20009
202-497-4468
Email: gwkohlman@gmail.com
*Counsel For Defendant Trayon White, Sr.*

*/s/ Bruce H. Searby*
Bruce H. Searby (DC # 1012382)
Nicole C. Ledesma (DC # 90020184)
SEARBY PLLC
2000 P Street NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Email: bsearby@searby.law

*Counsel For Defendant Trayon White, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2026, true and genuine copies of TRAYON WHITE'S WITHDRAWAL OF REQUEST FOR JURY INSTRUCTION ABOUT AN ENTRAPMENT DEFENSE were served on all counsel of record for the Government by ECF filing.

*/s/ Bruce. H. Searby*