**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:24-cr-00406-RC |
| | ) | |
| Plaintiff, | ) | JUDGE RUDOLPH CONTRERAS |
| | ) | |
| vs. | ) | |
| | ) | |
| TRAYON WHITE, SR., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT TRAYON WHITE'S RESPONSE TO GOVERNMENT'S NEW PROPOSED JURY INSTRUCTION 2.405 UNANIMITY--GENERAL**

Defendant Trayon White, through undersigned counsel, hereby opposes the Government's new proposed jury instruction 2.405 UNANIMITY—GENERAL. The proposed revision makes the following errors:

1. By eliminating the word "bribes" and substituting "payments," the proposed unanimity instruction would allow **non-bribe** payments to Mr. White to suffice for conviction of the bribery scheme, and specifically could allow even **one** non-bribe payment to suffice. In this case, there has been convincing evidence that multiple payments to Mr. White fail the test of bribery, and so the Government appears to be watering down the instruction so that does not have to prove its own allegations.
2. The defense knows not what motivates the Government's choice of "occasion" over "date," and in the absence of an explanation based in the law, opposes this change.
3. The defense opposes the elimination of the following helpful direction about unanimous agreement --

that all the elements of the bribery offense have been satisfied on at least one of those dates. In other words, it is not enough to convict Mr. White if some of you agree that he accepted a bribe on one day and others believe he accepted a bribe on another day, if you do not all agree that he accepted a bribe on the same date.

a. The requirement of unanimity on "all elements" is undisputed, and the Government does not explain its elimination.

b. The illustration of juror disagreement as to different days is helpful, and its elimination is not explained.

The Government's attempt to allow non-bribe payments to suffice raises the alarm that language must be included in the Bribery jury instruction that gratuities are **not bribes**, and should not result in Mr. White's conviction for bribery.

Dated: September 21, 2026 Respectfully submitted,

*/s/ Warren Gary Kohlman*
Warren Gary Kohlman (DC #177527)
1845 R Street Northwest
Washington, DC 20009
202-497-4468
Email: gwkohlman@gmail.com

*Counsel For Defendant Trayon White, Sr.*

*/s/ Bruce H. Searby*
Bruce H. Searby (DC # 1012382)
Nicole C. Ledesma (DC # 90020184)
SEARBY PLLC
2000 P Street NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Email: bsearby@searby.law

*Counsel For Defendant Trayon White, Sr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2026, true and genuine copies of **DEFENDANT TRAYON WHITE'S RESPONSE TO GOVERNMENT'S NEW PROPOSED JURY INSTRUCTION 2.405 UNANIMITY--GENERAL** were served on all counsel of record for the Government by ECF filing.

*/s/ Bruce Hamilton Searby*