CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA )

vs. ) Civil/Criminal No.: 24 CR 406 (RC)

TRAYON WHITE )

## NOTE FROM JURY

After thoughtful continued deliberations, the jury remains unable to reach consensus and further discussion has only cemented juror perspectives.

Date: 09/28/26

Time: 10:30 AM

FOREPERSON